**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Ismael-Ruiz-Estrada,

Defendant.

Criminal No. 01-37(2) (DWF/AJB)

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the Defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: March 6, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court